UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LEWIS BROWN                                                                                      PLAINTIFF
ADC #115152

V.                                      No. 4:19-CV-00564-LPR-JTR

DEPUTY PARKER, Pulaski County Jail,                                                          DEFENDANTS
SERGEANT CARDER, Pulaski County Jail,
LIEUTENANT BRAWLEY, Pulaski County Jail,
SHERIFF ERIC HIGGINS, Pulaski County Jail,
SERGEANT D. MUSADDIQ, Pulaski County Jail,
MAJOR M. BRIGGS, Pulaski County Jail

## ORDER

On March 30, 2021, and April 20, 2021, mail sent to Plaintiff Gary Lewis Brown ("Brown") at his address of record, the Pulaski County Detention Facilty ("PCDF"), was returned as undelivered. *Docs. 14 & 16.* According to its website, Brown is no longer incarcerated in the PCDF. He has not provided the Court with an updated address. The Court has previously notified Brown of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3.* Moreover, Brown is aware of this obligation, as he has twice previously filed notices of address changes with the Court. *Docs. 11 & 12*.

IT IS THEREFORE ORDERED THAT:

1.	If Brown wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address.[1]

2.	If Brown does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 11th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If Brown has been released from incarceration, he will then be required to file an updated *in forma pauperis* application or pay the filing fee for this action.