IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY LEWIS BROWN**  **PLAINTIFF**
**ADC #115152**

v.  Case No. 4:19-cv-00564-LPR-JTR

**DEPUTY PARKER, Pulaski County Jail,**  **DEFENDANTS**
**SERGEANT CARDER, Pulaski County Jail,**
**LIEUTENANT BRAWLEY, Pulaski County Jail,**
**SHERIFF ERIC HIGGINS, Pulaski County Jail,**
**SERGEANT D. MUSADDIQ, Pulaski County Jail,**
**MAJOR M. BRIGGS, Pulaski County Jail**

## ORDER

On August 13, 2019, Gary Lewis Brown ("Plaintiff"), then an inmate at the Pulaski County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2).

On May 11, 2021, the Court entered an Order in which it directed Plaintiff to file a notice of his current address, within thirty (30) days, if he wished to continue pursuing this lawsuit. (Doc. 19). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the May 11, 2021 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] All recent mail sent by the Court to Plaintiff has been returned as undeliverable because he is no longer at the address on file with the Court. (Docs. 14, 16, 20). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

IT IS SO ORDERED this 13th day of August, 2021.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE