# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GARY LEWIS BROWN**                                                                                   **PLAINTIFF**
**ADC #115152**

**v.**                                           Case No. 4:19-cv-00564-LPR-JTR

**DEPUTY PARKER, Pulaski County Jail,**                                                        **DEFENDANTS**
**SERGEANT CARDER, Pulaski County Jail,**
**LIEUTENANT BRAWLEY, Pulaski County Jail,**
**SHERIFF ERIC HIGGINS, Pulaski County Jail,**
**SERGEANT D. MUSADDIQ, Pulaski County Jail,**
**MAJOR M. BRIGGS, Pulaski County Jail**

## JUDGMENT

Pursuant to the Order that was entered on August 13, 2021, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE